# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Darryl Brooks | ) | Case No: 1:03-cr-05259 AWI |
| | ) | USM No: 61344-097 |
| Date of Original Judgment: 9/12/2005 | ) | |
| Date of Previous Amended Judgment: 7/17/2008 | ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ✔ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.  ✔ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  130 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  9/12/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  6/8/2012                         /s/ Anthony W. Ishii
                                              *Judge's signature*

Effective Date:                               United States District Judge
*(if different from order date)*              *Printed name and title*